WR-83,719-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/11/2015 2:18:55 PM
Accepted 8/11/2015 2:33:01 PM
ABEL ACOSTA
CLERK

No. _____

IN THE

TEXAS COURT OF CRIMINAL APPEALS

SITTING AT AUSTIN, TEXAS

_____

IN RE STATE OF TEXAS EX REL. MATT JOHNSON,

*RELATOR*

V.

COURT OF APPEALS FOR THE TENTH DISTRICT,

*RESPONDENT*

_____

A PETITION FOR WRIT OF MANDAMUS

CAUSE NO. 10-15-00235-CR

FROM THE 10TH COURT OF APPEALS DISTRICT

WACO, TEXAS

CAUSE NO. 2015-1955-2

FROM THE 54TH JUDICIAL DISTRICT COURT OF

MCLENNAN COUNTY, TEXAS

_____

STATE'S MOTION FOR LEAVE TO FILE ORIGINAL PETITION FOR WRIT OF

MANDAMUS AND

MOTION FOR STAY OF WRIT OF MANDAMUS

_____

ABELINO "ABEL" REYNA
Criminal District Attorney
McLennan County, Texas
State Bar No. 2400087

1

219 North 6th Street, Suite 200
Waco, Texas 76701
[Tel.] (254) 757-5084
[Fax] (254) 757-5021
[Email]
abel.reyna@co.mclennan.tx.us

**TO THE HONORABLE COURT OF CRIMINAL APPEALS**

     **The State of Texas**, moves for leave to file an Original Petition for Writ of Mandamus and Motion for Stay of Writ of Mandamus contemporaneously with the filing of said Original Petition. In support of this Motion the State would show the following:

1. On August 7, 2015, the Tenth Court conditionally granted a Writ of Mandamus, directing the 54th District Court to vacate a gag order it had issued relating to what is commonly referred to as the "Twin Peaks Incident," wherein nine persons were killed, eighteen were wounded, and 177 subjects were arrested. By the terms of the Tenth Court of Appeals Order, the 54th District Court was required to vacate the gag order by August 14, 2015.

2. For reasons set forth in the accompanying Petition, the issues surrounding said gag order and conditional Writ of Mandamus, the trial rights of all accused individuals and the First amendment rights of individuals and the public are affected by the prior trial court and appellate court orders. Further, there appears to be a difference of reasoning between the Tenth Court of Appeals and the Fourteenth Court of Appeals in the interpretation of the law affecting gag orders.

3. Due to the deadline established by the Tenth Court of Appeals, time is of the essence in determining the propriety of the prior orders. Should the Mandamus issue by the Tenth Court of Appeals, it is anticipated that the

release of sensitive information, detrimental to the trial rights of the accused in the Twin Peaks Incident will result.

The interest of justice requires that this Honorable Court determine the issues at bar, and that an emergency stay be issued to preserve the status quo of the parties until this Court can determine said issues.

Based on the foregoing, the State moves this Court to grant leave to file its Original Petition for Writ of Mandamus and Motion for Stay of Writ of Mandamus contemporaneously with this Motion.

Respectfully Submitted:
**ABELINO 'ABEL' REYNA**
Criminal District Attorney
McLennan County, Texas

/s/ Abelino 'Abel' Reyna
**ABELINO 'ABEL' REYNA**
Criminal District Attorney
McLennan County, Texas
219 North 6th Street, Suite 200
Waco, Texas 76701
[Tel.] (254) 757-5084
[Fax] (254) 757-5021
[Email]
abel.reyna@co.mclennan.tx.us
State Bar No. 24000087

## Certificate of Service

I certify that I caused to be served a true and correct copy of this Petition by electronic service or email or hand delivery on:

Respondent, 10th Court of Appeals Waco, Texas by hand delivery per request of Chief Justice Tom Gray

Attorney, F. Clint Broden, for Real Party in Interest, Matthew Clendennen at clint@texascrimlaw.com

Real Party in Interest, Judge Matt Johnson, 54th District Court, McLennan County Texas at matt.johnson@co.mclennan.tx.us

DATE: 8/11/15                                   /S/ ABELINO 'ABEL' REYNA
                                                ABELINO 'ABEL' REYNA